# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

MARILYN ECHEVARRIA DE PENA,

    Plaintiff,

vs.                              Case No.: 12-22248-CIV-HUK

UNITED STATES OF AMERICA;
BUREAU OF PRISONS;
WARDEN JORGE L. PASTRANA;
DOCTOR JUAN MONSERRATE; and
OFFICER CHARLES McCORMICK,

    Defendants.
_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE MEMORANDUM IN OPPOSITION TO THE GOVERNMETN'S MOTION TO DISMISS EXCESS OF 10 PAGES AS MANDATED PER LOCAL RULE 7.1(C)(2)

    COMES NOW, Plaintiff, Marilyn Echevarria De Peña, through the undersigned counsel, and requests approval from this Honorable Court to file a Response Memorandum in Opposition to the Government's Motion to Dismiss in Excess of 10 pages as mandated by Local Rule 7.1(C)(2). In support of this request, Petitioner provides as follows:

    1. Echevarria De Peña has filed a Complaint and subsequent Amended Complaint, under the Federal Tort Claims Act, (FTCA), 28 U.S.C. § 2671-260 and under *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S.C. § 388 (1971). (CivDE:6)

    2. The Government filed an enlarged motion to dismiss under Fed. R. Civ. Pro. Rule 12(b)(1)-(6). (CivDE:33).

    3. Counsel had previously contacted A.U.S.A. Karin D. Wherry, via email, who had no objections should additional pages be required to address the Government's motion to dismiss.[1]

    4. Neither party will be prejudiced by this request.

    5. This request is not being made to neither frustrate nor delay these proceedings.

---

[1] AUSA Wherry had contacted the undersigned regarding any opposition to the Government filing a Motion to Dismiss that exceeded 20 pages. It was agreed that no opposition would be imposed when counsel filed his Response to the Government's motion to dismiss.

WHEREFORE, Plaintiff, Marilyn Echevarria De Pena, respectfully prays this Honorable Court **GRANT** this motion and allows the filing of her expanded response memorandum in opposition to the Government's motion to dismiss.

Done this 1st day of October 2012.

Respectfully submitted,

s/ Erick Morales-Perez
Erick Morales-Perez, Esquire
Florida Bar # 750182
Puerto Rico Bar # 8705
USDC-PR Bar # 203211
P.O. Box 10409
San Juan, PR 00922
(787) 605-8000 Office
Email: ekmorpr@yahoo.com

## CERTIFICATE OF SERVICE

I hereby do certify that on October 1, 2012, I filed the foregoing document with the Clerk of Court using the CM/ECF and have mailed copies via the United States Mail to all parties that are not participants of the CM/ECF Electronic Filing System.

Respectfully submitted,

s/ Erick Morales-Perez
Erick Morales-Perez, Esquire
Florida Bar # 750182
Puerto Rico Bar # 8705
USDC-PR Bar # 203211
P.O. Box 10409
San Juan, PR 00922
(787) 605-8000 Office
Email: ekmorpr@yahoo.com