UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22248-CIV-HUCK

MARILYN ECHEVARRIA-DE-PENA,

      Plaintiff,

v.

UNITED STATES OF AMERICA;
BUREAU OF PRISONS;
WARDEN JORGE L. PASTRANA;
DR. JUAN MONSERRATE; and
CHARLES McCORMICK
OFFICERS

      Defendants.
_____/

### ORDER

THIS MATTER is before the Court upon the United States of America, the Federal Bureau of Prisons ("BOP"), Warden Jorge L. Pastrana, and Dr. Juan Monserrate (collectively, "Defendants[']") Motion to Dismiss the Amended Complaint, filed August 15, 2012. (D.E. # 33). The Court held a hearing on this matter on November 16, 2012. As more fully set forth at the hearing, Marilyn Echevarria de Peña ("Plaintiff") has opposed the Motion to Dismiss by relying on facts not alleged in the Amended Complaint. Accordingly, it is hereby

ORDERED that the Motion to Dismiss is GRANTED without prejudice, and Plaintiff shall be permitted to file a Second Amended Complaint, alleging all pertinent facts, by November 26, 2012. It is further ORDERED that if Defendants intend to file a Motion to Dismiss the Second Amendment Complaint, they shall do so by December 11, 2012.

DONE AND ORDERED in Chambers, Miami, Florida, on November 16, 2012.

                                                Paul C. Huck
                                                United States District Judge

Copies furnished to:
All counsel of record